UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDWAN ABDILAHI ABDI,<br><br>                              Petitioner,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-01430-BAS-JLB<br><br>**ORDER:**<br><br>**(1) REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2) SETTING HEARING ON PETITION** |

Petitioner Ridwan Abdilahi Abdi filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of the Fifth Amendment. (*Id.*)

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

26cv1430

palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition and set a hearing.

Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **March 13, 2026**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition no later than **March 20, 2026**.

3. The parties must appear in Courtroom 12B on **March 27, 2026**, at **11:00 a.m.** for a hearing on the Petition.

**IT IS SO ORDERED.**

**DATED: March 6, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1430