**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIDWAN ABDILAHI ABDI, | Case No. 26-cv-01430-BAS-JLB |
| Petitioner, | |
| v. | **ORDER DENYING PETITION AS MOOT (ECF No. 1)** |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

Previously, the Court granted the parties' Joint Motion for an Extension of Time in light of a scheduled removal for Petitioner. (ECF No. 4.) Respondents filed a Status Report stating that Petitioner has been removed. (*Id.*) Accordingly, the Court **DENIES AS MOOT** the Petition. (ECF No. 1.) The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 2, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1430